IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0078 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR TIME REDUCTION** |
| v. | |
| ENRIQUE MACEDO-JARAMILLO, | |
| Defendant / | |

The Court is in receipt of a letter from defendant, dated November 26, 2007 and filed by the Clerk on December 6, 2007, by which defendant requests a "time reduction do [sic] to the condition or physical illness & status of [defendant's] health."

Whether defendant's letter is construed as a motion to correct a sentence, pursuant to 28 U.S.C. § 2255, or a motion to modify a sentence,pursuant to 18 U.S.C. § 3582(c), the motion is hereby DENIED for the reason that defendant has failed to identify any cognizable basis for relief.

**IT IS SO ORDERED.**

Dated: December 28, 2007

MAXINE M. CHESNEY
United States District Judge